```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
OBDULIO GONZALEZ-CORONA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 10-173 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 5, |
| v. | ) | 2010, AT 9:00 A.M. |
| OBDULIO GONZALEZ-CORONA, | ) ) | Date:  June 24, 2010 Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Gonzalez, that the Court should vacate the status conference scheduled for June 24, 2010, at 9:00 a.m., and reset it for August 5, 2010, at 9:00 a.m.

Counsel for Mr. Gonzalez requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and discovery with Mr. Gonzalez. Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Gonzalez.

It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through August

1

5, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Gonzalez's request for a continuance outweigh the best interest of the public and Mr. Gonzalez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 21, 2010                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant

Dated: June 21, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Michael D. Anderson
                                        _____
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on August 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 22, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE