DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OBDULIO GONZALEZ-CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00173-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE TO SEPTEMBER |
| v. ) | 30, 2010, AT 9:00 A.M. |
| ) | |
| OBDULIO GONZALEZ-CORONA, ) | Date: September 2, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Gonzalez, that the Court should vacate the status conference scheduled for September 2, 2010, at 9:00 a.m., and reset it for September 30, 2010, at 9:00 a.m.

Counsel for Mr. Gonzalez requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and discovery with Mr. Gonzalez. Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Gonzalez.

///

///

1

It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through September 30, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Gonzalez's request for a continuance outweigh the best interest of the public and Mr. Gonzalez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 30, 2010          Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant

Dated: August 30, 2010          BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Michele Beckwith
                                       _____
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on September 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 31, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3